**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Wireless Ink Corporation  v.  Facebook, Inc.

No. 15-1299

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se      ✓ As counsel for: Wireless Ink Corporation
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
✓ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Joseph B. Ryan
Law firm: Ryan, Mason & Lewis, LLP
Address: 48 South Service Road, Suite 100
City, State and ZIP: Melville, NY  11747
Telephone: (631) 393-6270
Fax #: (631) 393-6271
E-mail address: jbr@rml-law.com

Statement to be completed by counsel only (select one):

✓ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): January 23, 2008

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

✓ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

February 12, 2015                    /s/ Joseph B. Ryan
Date                                 Signature of pro se or counsel

cc: Counsel of Record